UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

**In the Matter of:**

                                      CHAPTER 13 PROCEEDINGS
**GERTRUDE JARVIS**                  CASE NUMBER:  05-22354
                                      HON: DANIEL S OPPERMAN

                    **Debtor(s).**
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $620.00 for deposits in the U. S. Registry as evidenced by the attached Check No. 275146 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on August 12, 2011 on behalf of the following debtor:

     8/12/11              Gertrude Jarvis        $620.00

     Debtor is deceased and Pension does not want the funds. Payment received from the Pension after case completed.

Date:  November 4, 2011                          /s/ Thomas W McDonald
                                                          Thomas W McDonald, Jr.
                                                          Chapter 13 Trustee
                                                          3144 Davenport Ave
                                                          Saginaw Mi 48602
                                                          Telephone (989) 792-6766
                                                          ecf@mcdonald13.org